Michael John BROWN, Plaintiff–Appellant,

v.

Mayor OBENDORF, Mayor, Virginia Beach; Terry S. Jenkens, Director, Community Service Board; Alfred M. Jacocks, Chief of Police, Virginia Beach; Bruce C. Marquies, Norfolk Police Chief; Norfolk Fire Rescue, Paramedic III; Norfolk Police Department; Director Administration, Norfolk General Hospital Sentara; Paul Fraim, Mayor of Norfolk; Virginia Beach Police Department; Paul Lanteigne, Sheriff of VBCC; Medical Contractor, VBCC; Police Chief, Virginia Beach, Defendants–Appellees.

No. 06–7980.

United States Court of Appeals, Fourth Circuit.

Submitted: April 20, 2007.

Decided: May 7, 2007.

Michael John Brown, Appellant Pro Se.

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

**130**

PER CURIAM:

Michael John Brown appeals from the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint for failure to state a claim upon which relief can be granted. We have reviewed the record and find no reversible error, as Brown failed to adequately allege that his injuries were the result of an intentional exercise of force by police officers in violation of the Fourth Amendment.* *See Vathekan v. Prince George's County,* 154 F.3d 173, 178 (4th Cir.1998). Therefore, we affirm the district court's ruling and deny Brown's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Stanley Harvey Davis appeals the district court's order granting summary judgment to Defendant and dismissing Davis' complaint brought under the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Davis v. United States,* No. 5:05–ct–00718 (E.D.N.C. Aug. 31, 2006). We grant Davis' motion for leave to present additional information. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Brown has failed to clearly address the district court's dismissal of any of his other claims; therefore, review of those claims on appeal has been waived. *See Edwards v. City of Goldsboro,* 178 F.3d 231, 241 n. 6 (4th Cir. 1999); 4th Cir. R. 34(b).